RICHARD K. DIAMOND (State Bar No. 070634)
WALTER K. OETZELL (State Bar No. 109769)
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Proposed Attorneys for Chapter 7 Trustee

FILED & ENTERED

OCT 22 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY harraway DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>UNIFIED WORLDWIDE TRANSPORT, LLC,<br><br>Debtor. | Case No. 1:07-bk-12273-KT<br><br>Chapter 7<br><br>**ORDER APPROVING ABANDONMENT**<br><br>Date: October 19, 2010<br>Time: 3:00 p.m.<br>Ctrm: "301"<br>21041 Burbank Blvd.<br>Woodland Hills, CA 91367 |

The Motion of Amy Goldman, Chapter 7 Trustee, to Approve Abandonment of various adversary proceedings filed by the so-called Certain Creditors against various defendants on July, 1, 2009 (the "Adversary Proceedings") came on for hearing on October 19, 2010 at 3:00 p.m. Appearances are reflected in the record. The Court having reviewed the Motion, no opposition having been filed against the abandonment requested, and good cause appearing therefore,

IT IS HEREBY, ORDERED, ADJUDGED, AND DECREED:

A.   Notice of the Motion and Abandonment was served on all persons entitled thereto.

B.   The Trustee is hereby authorized to abandon the Adversary Proceedings, and the abandonment is approved.

///

///

///

-1-

360355.01 [XP]    24955

C. The Adversary Proceedings are hereby abandoned, including, without limitation, the following:

1. Goldman v. FPE IV, LLC, Adversary Proceeding No. 1:09-ap-01217-KT;
2. Goldman v. Cort, Adversary Proceeding No. 1:09-ap-01218-KT
3. Goldman v. Ramin, Adversary Proceeding No. 1:09-ap-01219-KT
4. Goldman v. Sherman, Adversary Proceeding No. 1:09-ap-01220-KT;
5. Goldman v. Kendrick et al, Adversary Proceeding No. 1:09-ap-01221-KT;
6. Goldman v. Yedlin, Adversary Proceeding No. 1:09-ap-01222-KT;
7. Goldman v. Yedlin, Adversary Proceeding No. 1:09-ap-01223-KT;
8. Goldman v. Kenneth and Katrina Carlson Living Trust, Adversary Proceeding No. 1:09-ap-01224-KT;
9. Goldman v. Naira Trust , Adversary Proceeding No. 1:09-ap-01225-KT
10. Goldman v. Yedlin, et al., Adversary Proceeding No. 1:09-ap-01226-KT
11. Goldman v. VERICORE, Adversary Proceeding No. 1:09-ap-01227-KT
12. Goldman v. Robin Sherman, as trustee for Alex Sherman, Adversary Proceeding No. 1:09-ap-01228-KT;
13. Goldman v. Thorpe, Adversary Proceeding No. 1:09-ap-01229-KT;
14. Goldman v. Baumstein, et. al., Adversary Proceeding No. 1:09-ap-01230-KT; and
15. Goldman v. Cummings, et. al., Adversary Proceeding No. 1:09-ap-01231-KT.

###

DATED: October 22, 2010

_Kathleen Thompson_
United States Bankruptcy Judge

-2-

360355.01 [XP]    24955

| In re:<br><br>UNIFIED WORLDWIDE TRANSPORT, LLC<br><br>Debtor(s). | CHAPTER: 7<br>CASE NO.: 1:07-bk-12273-KT<br>ADV. NO: |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

   2029 Century Park East, Third Floor
   Los Angeles, California 90067-2904

A true and correct copy of the foregoing document described as **ORDER APPROVING ABANDONMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:** On **October 20, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 20, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**BY MESSENGER:** Honorable Kathleen Thompson, U.S. Bankruptcy Court, 21041 Burbank Blvd., Bin Outside of Elevators on Third Floor, Woodland Hills, CA 91367

☑ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/20/2010 | Vivian E. Servín | /s/ Vivian E. Servín |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                **F 9013-3.1**
360355.01 [XP] 24955

| In re:<br>UNIFIED WORLDWIDE TRANSPORT, LLC<br>Debtor(s). | CHAPTER: 7<br>CASE NO: 1:07-bk-12273-KT<br>ADV NO.: |
|---|---|

**ADDITIONAL SERVICE INFORMATION (if needed):**

**I.    BY NOTICE OF ELECTRONIC FILING ("NEF")**


**II.    BY U.S. MAIL**

- Debtor: Unified Worldwide Transport, LLC, 24353 Mornington Drive, Valencia, CA 91355
- Attorney for Debtor: Sean A Okeefe, Okeefe & Associates Law Corporation, 660 Newport Center Drive , Suite 400, Newport Beach, CA 92660
- Trustee: Amy L Goldman, 221 N. Figueroa Street, Suite 1200, Los Angeles, CA 90012
- United States Trustee (SV), 21051 Warner Center Lane, Suite 115, Woodland Hills, CA 91367

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**
360355.01 [XP] 24955

| In re: | | CHAPTER: 7 |
|---|---|---|
| UNIFIED WORLDWIDE TRANSPORT, LLC | | CASE NO: 1:07-bk-12273-KT |
| | Debtor(s). | ADV NO.: |

## NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and persona/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER APPROVING ABANDONMENT** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.**   **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **October 20, 2010** the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

☑ Service information continued on attached page

**II.**   **SERVED BY THE COURT VIA U.S. MAIL:**  A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.**   **TO BE SERVED BY THE LODGING PARTY:**  Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**

360355.01 [XP] 24955

| In re: UNIFIED WORLDWIDE TRANSPORT, LLC<br>Debtor(s). | CHAPTER: 7<br>CASE NO: 1:07-bk-12273-KT<br>ADV NO.: |
|---|---|

## SERVICE LIST FOR ENTERED ORDER

**I.   BY NOTICE OF ELECTRONIC FILING ("NEF")**

Andrew K Alper     aalper@frandzel.com, efiling@frandzel.com;ekidder@frandzel.com
Scott C Clarkson     sclarkson@lawcgm.com
Christine M Fitzgerald     cfitzgerald@lawcgm.com
Alan W Forsley     awf@fredmanlieberman.com
Amy L Goldman     stern@lbbslaw.com, agoldman@ecf.epiqsystems.com
Michael S Greger     mgreger@allenmatkins.com
M Jonathan Hayes     jhayes@polarisnet.net
Leslie R Horowitz     lhorowitz@clarktrev.com
Stephen E Hyam     shyam@clarktrev.com
Jeanne M Jorgensen     jjorgensen@pj-law.com, esorensen@pj-law.com
Walter K Oetzell     woetzell@dgdk.com
Sean A Okeefe     sokeefe@okeefelc.com
Peter T Steinberg     mr.aloha@sbcglobal.net
James A Timko     jtimko@allenmatkins.com
United States Trustee (SV)     ustpregion16.wh.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*     **F 9021-1.1**

360355.01 [XP] 24955